**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TRB Acquisitions, LLC | 2015-Civil Action No. 04401 (GBD) |
| Plaintiff,<br><br>v.<br><br>Seduka, LLC; Hashem Group LLC; Joseph Dahan; and Modell's Sporting Goods, Inc. | |
| Defendants. | |

### NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Robert Garson of the law firm of Garson Segal Steinmetz Fladgate, LLP, hereby enters an appearance as counsel for Defendants in this matter. I certify that I am admitted to practice in this Court.

DATED: July 2, 2015

Respectfully submitted,

Robert Garson (RG -1521)
**GARSON SEGAL STEINMETZ FLADGATE LLP**
164 W. 25th Street, 11th Floor
New York, NY 10001
(212) 380-3623
(347) 537-4540
rg@gs2law.com
*Attorneys for Defendants*